**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Todd Andrew HERBERT,**
**Defendant–Appellant.**

**No. 01–7349.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 5, 2001.

Decided Dec. 18, 2001.

Todd Andrew Herbert, Appellant Pro Se. Joseph William Hooge Mott, Assistant

United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

PER CURIAM.

Todd Andrew Herbert seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Herbert,* Nos. CR–97–24; CV–00–170 (W.D.Va. May 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*